DANIEL G. BOGDEN
United States Attorney
District of Nevada
MARK E. WOOLF
Assistant United States Attorney
United States Attorney's Office
333 Las Vegas Boulevard So., Suite 5000
Las Vegas, Nevada 89101
Tel: 702-388-6336
Fax: 702-388-6787
Email: *mark.woolf@usdoj.gov*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No.  2:02-CR-00023-LDG-PAL |
| ) | |
| v. ) | **MOTION TO VACATE JUDGMENT** |
| ) | **DEBTOR EXAMINATION** |
| CAROL LYNN SWANER, ) | |
| ) | |
| Defendant. ) | |

**MOTION TO VACATE JUDGMENT DEBTOR EXAMINATION**

The United States of America, by and through Daniel G. Bogden, United States Attorney, and Mark E. Woolf, Assistant United States Attorney, moves this Honorable Court for an order to vacate the Judgment Debtor Examination scheduled for December 8, 2015 at 11:30a.m.  This motion is made because the United States Marshal Service or private service was unable to locate the defendant Carol Lynn Swaner.

DATED this 4th day of  December, 2015.

                   DANIEL G. BOGDEN
                   United States Attorney

                  */s/ Mark E. Woolf*
                   MARK E. WOOLF
                   Assistant United States Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | ) Case No.  2:02-CR-00023-LDG-PAL<br>) |
| v. | ) **ORDER**<br>) |
| CAROL LYNN SWANER, | )<br>) |
| Defendant. | ) |

This matter is before the on the United States' Motion to Vacate Judgment Debtor Examination. Good Cause appearing,

**IT IS HEREBY ORDERED** that the United States Motion to Vacate Judgment Debtor Examination scheduled for December 8, 2015, at 11:30 a.m. is **granted**.

DATED this 7th   day of  December              , 2015.

_____
Peggy A. Leen
United States Magistrate Judge

SUBMITTED BY:

DANIEL G. BOGDEN
United States Attorney

/s/ Mark E. Woolf
MARK E. WOOLF
Assistant United States Attorney